1  MICHELE BECKWITH
   Acting United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | Case No. 5:25-po-00124-CDB
12 |             Plaintiff,              | [Citations #E2152132, CA/10; E2152130, CA/10]
13 | v.                                  | MOTION AND [PROPOSED] ORDER FOR DISMISSAL
14 | MARCUS T. BRADFORD,                 |
15 |             Defendant.              |

16

17

18     The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19 and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citations #E2152132,

20 CA/10; E2152130, CA/10] in Case No. 5:25-po-00124-CDB against MARCUS T. BRADFORD,

21 without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal

22 Procedure.

23

24 DATED: June 2, 2025                        Respectfully submitted,

25                                            MICHELE BECKWITH
                                              Acting United States Attorney
26
                                        By:   /s/ *Chan Hee Chu*
27                                            CHAN HEE CHU
                                              Assistant United States Attorney
28

**O R D E R**

IT IS HEREBY ORDERED on motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that [Citations #E2152132, CA/10; E2152130, CA/10] in Case No. 5:25-po-00124-CDB against MARCUS T. BRADFORD be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **June 2, 2025**

UNITED STATES MAGISTRATE JUDGE